United States District Court
Southern District of Texas
**ENTERED**
November 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-03116 |
| MICHELLE WEISHIEMER, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on November 9, 2021 (Doc. #23). The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

It is so ORDERED.

NOV 2 9 2021
Date

The Honorable Alfred H. Bennett
United States District Judge